No. 513. McNeill, State Hospital Superintendent, v. Carroll. Appeal from the United States Court of Appeals for the Second Circuit. Probable jurisdiction noted. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Isadore Siegel,* Assistant Attorney General, for appellant. *Melvin L. Wulf* for appellee.

No. 336. Burlington Truck Lines, Inc., et al. v. United States et al.; and

No. 337. General Drivers & Helpers Union, Local 554, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, v. United States et al. Appeals from the United States District Court for the Southern District of Illinois. Probable jurisdiction noted. *David Axelrod, Jack Goodman, Carl L. Steiner* and *Russell B. James* for Burlington Truck Lines, Inc., et al., and *Starr Thomas* and *Roland J. Lehman* for Santa Fe Trail Transportation Co., appellants in No. 336. *David D. Weinberg* for appellant in No. 337. *Robert W. Ginnane* and *I. K. Hay* for the United States et al., and *Robert A. Nelson* for Nebraska Short Line Carriers, Inc., appellees. Reported below: 194 F. Supp. 31.

No. 491. Hewitt-Robins Incorporated v. Eastern Freight-Ways, Inc. C. A. 2d Cir. Certiorari granted. *Harry Teichner* for petitioner. *Milton D. Goldman* and *Wilfred R. Caron* for respondent.

No. 548. Foman v. Davis, Executrix. C. A. 1st Cir. Certiorari granted. *Milton Bordwin* for petitioner. *Roland E. Shaine* and *Richard R. Caples* for respondent.